**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **04-12402 DPW** |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S REQUEST** |
| vs. ) | **FOR ENTRY OF DEFAULT** |
| ) | |
| **Benjamin Liriano** ) | |
| ) | |
| Defendant ) | |

   Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **Benjamin Liriano**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.


12/14/04                                             /s/ John M. McLaughlin

Date                                                 John M. McLaughlin (BBO: 556328)
                                                     **Green, Miles, Lipton & Fitz-Gibbon**
                                                     P.O. Box 210
                                                     77 Pleasant Street, Northampton, MA 01061-0210
                                                     Phone 413-586-8218
                                                     Direct line 413-586-0865
                                                     Fax  413-584-6278

Page 1

### CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 14th day of December, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Benjamin Liriano
53 Bushwell Steet, Apt. 1
Lawrence, MA

                                             /s/ John M. McLaughlin
                                             John M. McLaughlin, Esq.